IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DOROTHY HAWTHORNE-BURDINE

       Plaintiff,                            Case: 2:15-cv-13285
                                                  HON. GERSHWIN A. DRAIN
vs.                                                       MAG. ANTHONY P. PATTI

OAKLAND UNIVERSITY, a Michigan Public University;
et al,

       Defendants.

---

### NOTICE OF HEARING

TO:    ALL PARTIES

Please take notice that Defendants' Motion for Dismissal and/or Motion for Summary Judgment will be brought on for hearing at a date and time to be set by the Court.

                                                   LAW OFFICE OF DANIEL J. BERNARD

                                                   By:   /s/Daniel J. Bernard
                                                              Daniel J. Bernard (P34255)
                                                   18557 Canal Road, Suite 2
                                                   Clinton Township, MI 48038
                                                   586-315-2009
                                                   *dan@bernardlaw.us*
Dated: October 29, 2015             Attorney for Defendants

### Proof of Service

The undersigned certifies that, on October 29, 2015, the foregoing document was filed with the Court using the Court's ECF system, which will serve a true copy on all counsel of record. A true copy was also mailed to the plaintiff by first class mail, postage fully prepaid, to her address of record.

Dated: October 29, 2015                 /s/Daniel J. Bernard
                                                    Daniel J. Bernard (P34225)