UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dorothy Hawthorne–Burdine,

                Plaintiff(s),

v.                                            Case No. 2:15–cv–13285–GAD–APP
                                            Hon. Gershwin A. Drain

Oakland University, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 110. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #12
        Motion – #14

- MOTION HEARING: January 25, 2016 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/T Bankston
                                                Case Manager

Dated: November 3, 2015