# Medicolegal Services, LLC

29792 Telegraph Road  •  Suite 100  •  Southfield, MI 48034
Office: 248-352-6747  •  Fax: 248-352-2761

February 6, 2013

 To whom it may concern:

Attached you will find the documentation received from Oakland University for the
medical evaluation of Dorothy Hawthorne-Burdine. Both Dr. Hermann Banks and Dr.
Elliott Wolf reviewed such documentation.

If you need further assistance regarding this information please do not hesitate to
contact Medicolegal Services LLC

Medicolegal Services LLC.

Dorothy Hawthorne-Burdine - School of Nursing - Oakland University

http://www.oakland.edu/nursing/Hawthorne-Burdine

Academic Calendar | Directory | Maps | Jobs at OU | Research | Donate | eBill | Webmail | MySAIL | Moodle

Search OU

| Future Students | Current Students | Alumni | Visitors & Friends | Faculty & Staff |

# School of Nursing

Request Information
Transcript Directory
Forms
Apply to OU

**Student Resources**

Undergraduate Program

Graduate Programs

Riverview Institute /
Continuing Education

Pre-College Programs

Study Abroad in Italy

**About School of Nursing**

School of Nursing
Suite 3027 Human Health Building
2200 N. Squirrel Road
Rochester, MI 48309-4401
nursing@oakland.edu
Advising: (248) 370-4253

Office Hours:
M-F 8 a.m.-5 p.m.

## Dorothy Hawthorne-Burdine

Associate Professor
2013 Human Health Building
Phone: (248) 364-8721
hawthorn@oakland.edu

**Education**

- Post-Doc, Geriatrics, University of Iowa
- PhD, Nursing, University of Florida
- MN, Pediatrics, University of Florida
- BSN, Florida A & M University

**Benefits**

- Child Health Care
- Sickle Cell Disease
- Genetics of Bioethics

**Research / Publications / Grants**
Various within the CHPSM gene on treatments, sexual health management of early maturing girls, food and eating habits of early maturing girls, sexual reproductive health of girls with sickle cell disease, and mental health of late maturing girls with sickle cell disease

**Courses Taught**

- NRS 304 Nursing of Children
- NRS 432 Research Basis of Nursing Practice
- NRS 462 Research Basis of Nursing
- NRS 531 Research Rights in Advanced Nursing Practice
- NRS 687 Graduate Research Project
- NRS 868 DNP Research Project

**Professional Affiliations**

- International Society for Nurses in Genetics
- Society for Menstrual Cycle Research
- Sigma Theta Tau, Theta Psi Chapter
- Mid-West Nursing Research Society
- Society of Behavioral Medicine
- National League of Nursing

Oakland University | 2200 N. Squirrel Road, Rochester, Michigan 48309-4401 | (248) 370-2100 | Contact OU | OU-Macomb
Coordinate map of Auburn Hills Campuses

© 2013 Oakland University | Privacy Statement | Policies & Regulations | Emergency Preparedness | Staff Advisory | NCA Self-Study | Webmaster

6/12/2013 1:55 PM

1 of 1

Oakland University Mail - Dorothy Hawthorne-Burdine

Mark Gordon < mbgordon@oakland.edu>

## Dorothy Hawthorne-Burdine

3 messages

**Mark Gordon** < mbgordon@oakland.edu>
To: Chief Lucido <lucido@oakland.edu>
Cc: Terry Ross <ross@oakland.edu>

Fri, Jun 14, 2013 at 8:59 AM

Chief,

Here is a status report of this possible behavioral concerns committee issue:

Person of Concern: Dorothy Hawthorne-Burdine - School of Nursing
Witness: Topaz Morrison
Witness: Cheryl McPherson
Witness/Supervisor: Gary Moore

According to witnesses, Hawthorne-Burdine is trying to obtain tenure status with the university and is under tremendous pressure to complete a research project. For the past six months to a year, she has been exhibiting very aggressive verbal behavior. Her verbal tirades are causing other co-workers to fear her and making them very uncomfortable. Again, according to witnesses, Hawthorne-Burdine thinks that everyone is out to get her and she believes she is being "picked on" due to her race. (she is African American)

Topaz Morrison has stated that she has heard Hawthorne-Burdine talk in a negative manner about Barbara Penprase, a co-worker. She has stated that she does not like Penprase and that one day she will "hear her apart" and "no one will be able to pull her off." Morrison also stated that she is constantly cornered by Hawthorne-Burdine and has to listen to her outbursts about how unhappy she is and how she perceives that everyone hates her.

Cheryl McPherson states that Hawthorne-Burdine acts in an aggressive manner toward her at times. McPherson advises that she has felt threatened by her on several occasions and has left the area just to get away from her. McPherson also added that she thinks that Hawthorne-Burdine may have something wrong medically as she seems to forget things frequently.

Gary Moore stated that he has been told by other workers in his area that Hawthorne-Burdine has asked inappropriate questions to students in her class. As an example, she has asked female students how many abortions they have had. She asked male students in one class when they had sex last and if they were currently carrying condoms.

Gary Moore is Hawthorne-Burdine's supervisor. When asked by Detective Collins why he has not counseled her on her past actions, Moore stated that he probably should have but as of this date, has not documented any of her behavior.

On June 13, I spoke with Joi Cunningham, Director of Inclusion/Intercultural Initiatives, about Hawthorne-Burdine. Joi is very familiar with her and has received complaints about her in the past. Joi advises that Hawthorne-Burdine is a very dramatic personality and speaks with a loud voice. She is animated in her mannerism and some people find her intimidating. Joi stated that she does not feel Hawthorne-Burdine is a physical threat but rather is in need of discipline from an employment standing as oppose to a security threat.

After reviewing the above information, I am convinced that this is not an issue for the Behavior Concerns Committee. This may be an issue for Academic Human Resources to review and address.

Oakland University Mail - Dorothy Hawthorne-Burdine

Please let me know if you need any further information

Captain Mark Gordon
Oakland University Police
Rochester, MI 48309-4401
(248) 370-3331

Samuel Lucido < lucido@oakland.edu>                                        Fri, Jun 14, 2013 at 11:56 AM
To: Michelle Piskulich <piskulic@oakland.edu>
Cc: mfgordon@oakland.edu, ross@oakland.edu, Shona Collins <collins2@oakland.edu>, John Beaghan
<beaghan@oakland.edu>, *Joi M. Cunningham* <cunning3@oakland.edu>

Michelle:

I believe the below summary adequately describes the various behavioral issues involving Professor
Hawthorne-Burdine. At this time, the issues do not require immediate police attention or review by the
Behavioral Concerns Committee.

Presently, it would appear more appropriate to deal with the issues from an employee performance focus.
Please let me know if you need additional information or would like to discuss this matter further.

Chief
[Quoted text hidden]

Joi Cunningham <cunning3@oakland.edu>                                      Fri, Jun 14, 2013 at 2:53 PM
To: Mark Gordon <mfgordon@oakland.edu>

Thanks for the information. I do not dispute your findings but wanted to note that I am not "very" familiar
with her but "familiar." I do not belive this changes anything but thought it worth stating. Joi

[Quoted text hidden]
--
Joi Cunningham
Oakland University
Director of Inclusion and Intercultural Involvement/Attorney
203 Wilson Hall
Rochester, MI 48309
(248) 370-3495
(248) 370-4362 (fax)

6/12/13

Dorothy Jean Hawthorne-Burdine B/F DOB: 4/1/52

Associate Professor School of Nursing –

Up for tenure and working on a research project that is due soon.

Reported to:

- Have many people afraid of her due to aggressive bordering on violent behavior.

- Thinks everyone is out to get her.

- Believes she is picked on due to race.

Topaz - Talks about knocking down Barbara Penprase and tear her to pieces, with no one being able to pull her off.

Cheryl - Yells at Cheryl McPherson and acts aggressively to the point McPherson is afraid for her personal safity and leaves the room.

Topaz - Repeatedly corners Topaz Morrison for up to an hour at a time venting about how unhappy she is, how everyone hates her, and her health.

Cheryl - Seems to forget she has done something up to 3 time in an hour.

Gary - Asking female students how many abortions they have had.

Gary - Asking male students went was the last time they had sex and if they were carrying a condom currently.

Statements made by Bonnie Koch, Gary Moore, Cheryl McPherson, and Topaz Morrison

July 12, 2013

Bonnie Koch (a CT in the SON) met with Gary Moore, associate dean and me to talk with) us about threats that have been made by Dorothy Hawthorne Burdine. According to Ms. Koch, Dr. Hawthorne has been telling another employee [Topaz Morrison who is in a casual employee position in the SON) that she [Dorothy] 'hates Barb Penprase [a tenured associate professor] and will kill her when she gets the chance; no one will be able to pull her off of Barb until Barb dead.' Bonnie relayed other derogatory comments that Dr. Hawthorne has made about faculty and which point I told her I would be following up with the Provost's office.

OAKLAND UNIVERSITY

JUN 12 2013

SCHOOL OF NURSING

OAKLAND UNIVERSITY POLICE
2200 NORTH SQUIRREL ROAD
ROCHESTER MI 48309
248-370-3331

## Case Report

### Administrative Details:

| | |
|---|---|
| CR No<br>100003717 | Category<br>1313 Assault/ Battery/Simple (Incl Domestic and Police |
| Report Date/Time<br>08/16/2010 18:09 | Officer |
| Location | Occurrence Date/Time<br>08/16/2010 18:05 |
| Welton Blvd&Seafowl Dr | Call Source |
| Disposition/Offense | Telephone<br>Verified Offense |
| 1313 Assault/ Battery/Simple (Incl Domestic and Police | 1313 Assault/ Battery/Simple (Incl Domestic and Police |
| Officer | Officer |
| DOC | IBC Code/ No./tier |
| Zietta, R. (OU2ETTE.RJ/12904) | |
| Geelry | City/ Twp/ Village |
| 83 - Oakland | 72 - Rochester |
| Division | |

### Action Requested:

| | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

Page 1 of 4

Compiled On 08/12/2013 01:45 PM

## Offenses:

### 1313 - Assault/Battery/Simple (Incl Domestic and Police Officer)

| 13A Crime / ICR Group | Offense File Class |
| --- | --- |
| 13B - Simple Assault / A | 13001 - NONAGGRAVATED ASSAULT |
| Crime Against | Location Type | Offense Completed |
| PE | 32 - College | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | |

A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No

Entry

N - No Force Used

Weapons

40 - 40 - Personal Weapons (Hands, Fist, Teeth, et

### 2902 - Damage to Property - Private Property - MDOP

| 13A Crime / ICR Group | Offense File Class |
| --- | --- |
| 290 - Destruction/Damage/Vandalism | 29000 - DAMAGE TO PROPERTY |
| of Property / A | | |
| Crime Against | Location Type | Offense Completed |
| PR | 32 - College | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | |

A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No

N - No Force Used

## People:

### SUSPECT, UNKNOWN   (S-SUSPECT)

| Last Name | First Name | Middle Name | Suffix | Monikers |
| --- | --- | --- | --- | --- |
| | UNKNOWN | | | |

**SUSPECT**

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 30 | M | WHITE | Unknown | | | | |
| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
| Unknown | Brown | Straight | Medium | |
| Complexion | Build | Teeth | Height | Weight | Attire |
| | Thin | | 6' 0" | 150 | |

Notes:

wearing: yellow top, black shorts (to knee), and black shoes, no further description

### BURDINE, DOROTHY HAWTHOR (V-VICTIM)

| Victim Type | Victim of |
| --- | --- |
| I - Individual | 1313 - Assault/Battery/Simple (Incl Domestic and Police Officer; 2902 - Damage to Property - Private Property - MDOP |

| RE | Vic Type | Last Name | | | First Name | | Middle Name | Suffix | Nickname |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Burdine | | | Dorothy | | Hawthor | | |
| Aliases | | | | Drivers License# | DL State | DL Country | Passport/ID# | |
| | | | | 28503385 | PA | | | |
| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
| 04/01/1952 (68) | F | BLACK | Unknown | | | | |
| Street Address | | Apt # | County | | City | Home Phone | Work Phone |
| 2854 Lanturn Ln | | | | | | | |
| City | | State | Zip | | Cell Phone | Email |
| Auburn Hills | | MI | 48326 | | | |

Created On: 05/12/2015 01:15 PM

## Phone/Email

| Type | | | | Description |
|---|---|---|---|---|
| **C5-Cell Phone #1** | | | | |
| Employer | Employer Address | Occupation | | Employer IDIE |
| **Oakland University** | | **Professor** | | |
| View Injury | | | | |
| **N - None** | | | | |

### Victim Offender Relationships

| Offender | Type | | Relationship |
|---|---|---|---|
| **SUSPECT_UNKNOWN** | **S-SUSPECT** | **98-Victim Was Stranger** | |

## Property:

**3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403**

| Property Class | Stlt Type | UCR Type |
|---|---|---|
| **03** | **C3 -Automobiles** | **V - Other Vehicle (not Stolen or Recovered)** |

| Status | | | | |
|---|---|---|---|---|
| **A - Attacked** | | | Count | Value |
| | | | **1** | **26000** |
| Manufacturer | Model | Serial No. | License No. | Color |
| **GM** | **Chevrolet** | **1G1ZH57B894159759** | **HCH4674** | **GRY - Gray** |
| Vehicle Year | Body Style | | State | License Year |
| **2008** | **4D - 4 Door** | | **PA** | **2010** |
| Description | | | Disposition | Evidence Tag |
| **damage front driver's side bumper** | | | Owner | |
| Recovered Date/Time | Location | | | **[V1919109] Burdine, Dorothy Hawthor** |

## Narrative:

**CR No: 1000037717-001   Written By: OUDENNARDO (02203)   Date: 08/18/2010 09:30 PM**

City of occurrence: Rochester Hills

On 8/18/10 at approximately 18:10 writer and Officer Zettel responded to the area of
Walton/Festival for a 'FA' (man assaulting a woman with a stick) in progress. Writer and Officer
Zettel checked the area with nil results. Dispatcher/Officer Thompson updated writer and Officer
Zettel that the complainant was with the Oakland Country Sheriff Deputies at Walton/Bellarmine.

Writer spoke with the complainant- Ms. Dorothy Burdine (F/S) who stated she was leaving work
at O'Dowd Hall enroute to Wal-Mart. Ms. Burdine drove by a group of bikers on Ravine Dr. while
she was travelling towards Meadow Brook Dr. After Ms. Burdine stopped at the stop sign and
was about to turn right onto Meadow Brook Dr. she was approached by an unknown male biker
(suspect) who asked her why she did not wait at the stop sign until the group of bikers went
through. Ms. Burdine informed the suspect that she stopped at the sign like she was suppose to
and was going to continue with her turn. At this point the suspect dismounted his bike, and
slammed his bike at the front of Ms. Burdine's vehicle; thereafter the suspect struck Ms. Burdine

on the left side of her jaw and left shoulder with his closed left fist.

Ms. Burdine stated that the suspect picked up a stick and was taunting her with the stick, but did not hit her with the stick; after that the suspect mounted his bike. Ms. Burdine followed the suspect onto Bellarmine St., which leads into a Rochester Hills subdivision. The OCSD deputies met with Ms. Burdine at the aforementioned location.

Ms. Burdine activated her On Star system in her vehicle, which is why the called was initially routed to the OCSD. The OCSD did a thorough search of the area for the suspect with nil results. Writer asked Ms. Burdine did she need medical attention, but she refused.

Observations: Writer observed what appeared to be fresh scratch damage to the driver's side front bumper of Ms. Burdine's vehicle. The paint was scraped off, and there were gouges to the plastic skin of the bumper.

Ms. Burdine did not have any signs of injury to her face.

Follow-up: Writer called Ms. Burdine at approximately 20:34 to check on her condition, because she suffers from hypertension. Ms. Burdine stated she was doing fine.

**CFS Narrative By: OUDEKA-RDP-(0295)**

- 1313 ASSAULT

00209 - 18:09:17 RECEIVED A CALL FROM OCSO OF AN A&B IN PROGRESS. THEY RECEIVED THE CALL

00209 - 18:09:17 FROM ONSTAR. VICTIM IS IN A 2009 SILVER CHEVY MALIBU AND SHE IS BEING

00209 - 18:09:17 ASSUALTED BY A MALE WITH A STICK.

00209 - 18:17:05 OC CALLED TO ADVISE THAT THEY ARE OUT WITH COMPL. AT BELLARMINE. ASSAULT

00209 - 18:17:05 APPEARS TO HAVE HAPPENED ON CAMPUS BUT SUSPECT TOOK OFF INTO THE

00209 - 18:17:05 SUBDIVISION AND IS NOT ON CAMPUS



Police Department
Office of the Chief of Police
Rochester, Michigan 48309-4401
(248) 370-3000  Fax: (248) 370-3943

Oakland
UNIVERSITY

September 27, 2013

**Hand Delivered**
Ms. Dorothy Hawthorne-Burdine
2654 Lantern Lane
Apt. 102
Auburn Hills, Michigan 48326

Dear Ms. Hawthorne-Burdine:

Please be advised that you are persona non grata on the Oakland University campus. This means that you are restricted from, and may not enter upon, the entire Oakland University campus. Failure to abide by this restriction will result in your arrest for criminal trespass.

The foregoing action is being taken as a result of your recent conduct in violation of Oakland University Ordinances including, but not limited to:

6.02 Unlawful Individual Activities. No person shall engage in any activity individually or in concert with others, which causes or constitutes a disturbance, noise, riot, obstruction or disruption which obstructs or interferes with the free movement of persons about the campus or which interferes with the free, normal, and uninterrupted use of the campus for educational programs, business activities, and related residential, food service, and recreational activities, nor shall any person in any way intimidate, harass, threaten, or assault any person engaged in lawful activities on the campus.

You may not have any contact or interaction with Oakland University students. You must complete both a neurological and a psychological assessment, the results of which must be satisfactory to the University before the University will consider allowing you to return to campus. Please contact Associate Provost Michelle Piskulich at piskulic@oakland.edu or (248) 370-2190 to arrange for these assessments.

Although you may not enter upon the Oakland University campus, if necessary, you may communicate with the undersigned at lucido@oakland.edu or (248) 370-3000 or Associate Provost Michelle Piskulich at piskulic@oakland.edu or (248) 370-2190.

Very truly yours,

Samuel C. Lucido
Chief of Police

SCL:bct

September 27, 2013


**Hand Delivered**
Ms. Dorothy Hawthorne-Burdine
2654 Lantern Lane
Apt. 102
Auburn Hills, Michigan 48326

Dear Ms. Hawthorne-Burdine:

Please be advised that you are persona non grata on the Oakland University campus.  This means that you are restricted from, and may not enter upon, the entire Oakland University campus.  Failure to abide by this restriction will result in your arrest for criminal trespass.

The foregoing action is being taken as a result of your recent conduct in violation of Oakland University Ordinances including, but not limited to:

> 6.02 Unlawful Individual Activities. No person shall engage in any activity, individually or in concert with others, which causes or constitutes a disturbance, noise, riot, obstruction, or disruption which obstructs or interferes with the free movement of persons about the campus or which interferes with the free, normal, and uninterrupted use of the campus for educational programs, business activities, and related residential, food service, and recreational activities, **nor shall any person in any way intimidate, harass, threaten, or assault any person engaged in lawful activities on the campus**.

You may not have any contact or interaction with Oakland University students. You must complete both a neurological and a psychological assessment, the results of which must be satisfactory to the University before the University will consider allowing you to return to campus.  Please contact Associate Provost Michelle Piskulich at piskulic@oakland.edu or (248) 370-2190 to arrange for these assessments.

Although you may not enter upon the Oakland University campus, if necessary, you may communicate with the undersigned at lucido@oakland.edu or (248) 370-3000 or Associate Provost Michelle Piskulich at piskulic@oakland.edu or (248) 370-2190.

Very truly yours,



Samuel C. Lucido
Chief of Police

SCL/bcf

 **Oakland UNIVERSITY**

Academic Human Resources

517 Wilson Hall
Rochester, Michigan  48309-4496
(248) 370-2922   Fax: (248) 370-4210

August 27, 2013

Dorothy Hawthorne Burdine
2654 Lantern Ln Apt 102
Auburn Hills, MI  48326

Dear Dorothy,

I am in receipt of a request for accommodation dated May 16, 2013 that was delivered to the Academic Human Resources office on or about August 1, 2013.  Below is an outline of your requests with Oakland's responses:

1. **One year extension of your probationary period.**  Your request is denied. The medical documentation you provided from Dr. Culver dated June 12, 2013 gives no support regarding this accommodation request.

2. **On-line teaching assignments.**  I understand that you will be teaching an online course for the fall semester.  The medical documentation you provided does not reference online courses, nonetheless, the University will continue to provide these opportunities as it deems appropriate; please work with your Associate Dean regarding course selection.

3. **Classroom locations in the Human Health Building (HHB).**  The University will work with you to the extent possible to limit your teaching assignments to HHB.  This fall semester all your classes will be in the HHB.  You will need to work with the Associate Dean regarding classroom location for upcoming semesters.

You and your doctor also state that standing for long periods of time is problematic. Please contact Janine DeWitte in Academic Human Resources to discuss this.  Further,

if you require additional accommodations to perform the essential functions of your job, please provide evidence of the need for such accommodation to Academic Human Resources for evaluation.

Sincerely,

C. Michelle Piskulich
Associate Provost
Academic Human Resources

<u>Faculty/Staff/Applicant Reasonable Accommodation Request Form</u>
Oakland University

The purpose of this Reasonable Accommodation Request Form is to assist Oakland University's respective human resource departments to determine whether, and to what extent, a reasonable accommodation for a disabled faculty, staff, or applicant is necessary. This information will be kept confidential and shared only with those directly involved and on an as needed basis. Information may also be provided in emergency situations to medical personnel assisting the faculty or staff member or as required by law.

Faculty and applicants for faculty positions should complete this Reasonable Accommodation Request Form and submit it to the Academic Human Resources Department at 517 Wilson Hall. Staff and applicants for staff positions should complete this Reasonable Accommodation Request Form and submit it to the University Human Resources Department at 431 Wilson Hall.

Faculty/Staff/Applicant Name: _Dorothy Hawthorne-Burdine_   Date: _5/16/2013_

Title: _Associate Professor_   Department: _Nursing_

Supervisor: _Kerri Schuiling & Gary Moore_

What are the essential functions of this position? If needed, please attach the job description. _Teach:_
_Teaching, Service, & Research are essential function of My Position. I online and f2f_
_research courses. I serve on national and university committees. I write and submit grants_
_to NIH. I conduct research, I present at national conferences, I submit manuscripts_

What specific accommodations are you requesting and why?
_I am requesting a one-year extension of My Probationary period, Online Teaching assignments, and_
_classroom locations within the Human Health Building when Teaching f2f courses. These_
_accommodations are requested due to my health status of having diabetes TypeI, hypertension,_
_vascular insufficiency with lower extremity edema, and Bi-lateral knee arthritis._
If you are not sure what accommodation is needed, do you have any suggestions about what options we can explore?
YES ☐   NO ☐   If yes, please explain.

_____

What, if any, job function are you having difficulty performing?
_Travel beyond the main campus site to Teach assigned courses, and standing_
_during f2f Lectures. Also, Walking at a distance to classrooms located outside_
_of the Human Health Building_
Have you had any accommodations in the past for this same limitation? YES ☐   NO ☒
If yes, what were they?

_Dorothy Hawthorne-Burdine  5/16/2013_
I give Oakland University permission to explore possible coverage and reasonable accommodations under the Americans with Disabilities Act of 1990 and the regulations promulgated thereunder as they may be amended from time to time. I understand all information obtained will be used in accordance with ADA confidentiality requirements.

<u>Human Resources Office Only:</u>

Accommodation request is:   Approved   Denied   Modified

If modified, describe modification. If denied state the reasons.

_____

Date Request for Reasonable Accommodation Form received: _____

Date Medical Inquiry Form received: _____

**Medical Inquiry Form**
Oakland University

The purpose of this Medical Inquiry Form is to assist Oakland University's respective human resource departments to determine whether, and to what extent, a reasonable accommodation for a disabled faculty, staff, or applicant is necessary. This information will be kept confidential and shared only with those directly involved and on an as needed basis. Information may also be provided in emergency situations to medical personnel assisting the faculty or staff member or as required by law.

Faculty and applicants for faculty positions should complete this Medical Inquiry Form and submit it to the Academic Human Resources Department at 517 Wilson Hall. Staff and applicants for staff positions should complete this Medical Inquiry Form and submit it to the University Human Resources Department at 431 Wilson Hall.

To the Medical Professional:

Does the employee/applicant have a physical or mental impairment?   (YES)      NO

Is the impairment permanent?   (YES)      NO

Please attach a letter regarding the medical condition of the faculty/staff/applicant in reference to their request for reasonable accommodations based on the American's with Disabilities Act. In this letter to Oakland University Human Resources Department, please address the following:

- Indicate how the disability limits the employee/applicant's performance of essential functions of the position.
- What accommodations are necessary? How would your suggestions improve the employee's/applicant's job performance?
- How long do you expect this accommodation to be necessary? Please provide any additional comments regarding the length of accommodations.

Please attach or enclose all relevant medical documentation.

_____          6.12.03
Medical Professional's Signature                    Date

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information", as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.



Michelle Piskulich <piskulic@oakland.edu>

## Fwd: Dorothy Hawthorne-Burdine

2 messages

**Samuel Lucido <lucido@oakland.edu>**                                           Fri, Jun 14, 2013 at 11:56 AM
To: Michelle Piskulich <piskulic@oakland.edu>
Cc: mbgordon@oakland.edu, ross@oakland.edu, Shona Collins <collins2@oakland.edu>, John Beaghan
<beaghan@oakland.edu>, "Joi M. Cunningham" <cunning3@oakland.edu>

Michelle:

I believe the below summary adequately describes the various behavioral issues involving Professor Hawthorne-
Burdine.  At this time, the issues do not require immediate police attention or review by the Behavioral Concerns
Committee.

Presently, it would appear more appropriate to deal with the issues from an employee performance focus.
Please let me know if you need additional information or would like to discuss this matter further.

Chief

---------- Forwarded message ----------
From: **Mark Gordon** <mbgordon@oakland.edu>
Date: Fri, Jun 14, 2013 at 8:59 AM
Subject: Dorothy Hawthorne-Burdine
To: Chief Lucido <lucido@oakland.edu>
Cc: Terry Ross <ross@oakland.edu>


Chief,

Here is a status report of the possible behavioral concerns committee issue:

**Person of Concern:** Dorothy Hawthorne-Burdine - School of Nursing
**Witness:** Topaz Morrison
**Witness:** Cheryl McPherson
**Witness/Supervisor:** Gary Moore

According to witnesses, Hawthorne-Burdine is trying to obtain tenure status with the university and is under
tremendous pressure to complete a research project.  For the past six months to a year, she has been exhibiting
very aggressive verbal behavior. Her verbal tirades are causing other co-workers to fear her and making them very
uncomfortable.  Again, according to witnesses, Hawthorne-Burdine thinks that everyone is out to get her and she
believes she is being "picked on" due to her race. (she is African American)

Topaz Morrison has stated that she has heard Hawthorne-Burdine talk in a negative manner about Barbara
Penprase, a co-worker.  She has stated that she does not like Penprase and that one day she will "tear her
apart" and "no one will be able to pull her off." Morrison also stated that she is constantly cornered by
Hawthorne-Burdine and has to listen to her outbursts about how unhappy she is and how she perceives that
everyone hates her.

Cheryl McPherson states that Hawthorne-Burdine acts in an aggressive manner toward her at times.  McPherson
advises that she has felt threatened by her on several occasions and has left the area just to get away from her.
McPherson also added that she thinks that Hawthorne-Burdine may have something wrong medically as she

seems to forget things frequently.

Gary Moore stated that he has been told by other workers in his area that Hawthorne-Burdine has asked inappropriate questions to students in her class. As an example, she has asked female students how many abortions they have had.  She asked male students in one class when they had sex last and if they were currently carrying condoms.

Gary Moore is Hawthorne-Burdine's supervisor. When asked by Detective Collins why he has not counseled her on her past actions, Moore stated that he probably should have but as of this date, has not documented any of her behavior.

On June 13, I spoke with Joi Cunningham, Director of Inclusion/Intercultural Initiatives, about Hawthorne-Burdine. Joi is very familiar with her and has received complaints about her in the past.  Joi advises that Hawthorne-Burdine is a very dramatic personality and speaks with a loud voice.  She is animated in her mannerism and some people find her intimidating.  Joi stated that she does not feel Hawthorne-Burdine is a physical threat but rather is in need of discipline from an employment standing as oppose to a security threat.

After reviewing the above information, I am convinced that this is not an issue for the Behavior Concerns Committee.  This may be an issue for Academic Human Resources to review and address.

Please let me know if you need any further information

--
Captain Mark Gordon
Oakland University Police
Rochester, MI  48309-4401
(248) 370-3331

---

**Michelle Piskulich** <piskulic@oakland.edu>                                                  Fri, Jun 14, 2013 at 12:09 PM
To: Samuel Lucido <lucido@oakland.edu>

Thank you, Chief.  I will pick it up from here.
[Quoted text hidden]
--
C. Michelle Piskulich
Associate Provost
Oakland University
Rochester, MI  48309
248-370-2190

Oakland University Mail - Fwd: Requested interaction with Dorothy                    Page 1 of 1



Leigh Dzwik <settlemo@oakland.edu>

# Fwd: Requested interaction with Dorothy
1 message

**F Darlene Schott-Baer <schottba@oakland.edu>**                          **Mon, Jun 13, 2011 at 12:23 PM**
To: Leigh Settlemoir Dzwik <settlemo@oakland.edu>

Leigh, FYI. Darlene

---------- Forwarded message ----------
From: **Marisa Ferrari** <ferrari2@oakland.edu>
Date: Mon, Jun 13, 2011 at 12:17 PM
Subject: Requested interaction with Dorothy
To: F Darlene Schott-Baer <schottba@oakland.edu>

Please see attached

---
Marisa Ferrari, DNP, RN
Assistant Professor
Director, MSN-Clinical Nurse Leadership program
Oakland University
School of Nursing
460 O'Dowd Hall
Rochester, MI 48309
(248) 370-4489
(586) 246-8522 (c)

---
Darlene Schott-Baer Ph.D., R.N.
Interim Dean and Professor
Oakland University
School of Nursing
428 O'Dowd Hall
Rochester, MI 48309-4401
248-370-4081
schottba@oakland.edu

📄 **dorothy outburst.docx**
    11K

On November 30, 2010 at approximately noon, I was approached by Dorothy and was asked how appointments such as Director's were assigned. I explained that they were appointed by the dean, usually to tenured faculty. Dorothy ten discussed that she felt these positions should be posted and go through human resources. She then stated that especially since the director of undergraduate programs was totally unqualified. She stated that Sarah Newton was unprofessional, unethical and yelled and screamed at her students.

I informed Dorothy that Sarah had elected by students for the apple award, and that she had excellent student evaluations. I also informed Dorothy that my office was next to Sarah's for 5 years….and that I had never heard her act in either an unprofessional or unethical way. And although my communication style is different than hers…..I have never heard her yell at students.

Dorothy became angry and indicated that I was lying….that I must have heard something.  I explained to Dorothy that she had crossed the line and needed to apologize for calling me a liar. That although we disagreed – that didn't mean I was a liar. Dorothy indicated that she would not apologize and that she knew I was a liar.

She then walked away and screamed from her office door (while pointing at me)…"right there is a liar!" I again asked for her apology…. She shook her head and again screamed "liar"



June 12, 2013

To Whom It May Concern:

Ms. Dorothy Hawthorne-Burdine has been a patient in this office since September of 2010.  She has a history of diabetes—insulin dependent, hypertension, osteoarthritis of knees, and venous insufficiency.  The progression of her osteoarthritis and venous insufficiency makes it difficult for Ms. Dorothy to walk long distances and stand for long periods of time.  Travelling from different campuses to teach would be difficult and take much effort.

I would suggest that all Ms. Dorothy's class time and research are in one building to alleviate the advancing symptoms of her illnesses.  If her symptoms are alleviated, I believe her work performance would enhance greatly.  These are irreversible conditions and would expect the conditions to be lifetime.

Please feel free to contact me with additional concerns regarding this matter.

Sincerely,

Walter Culver, M.D.



4475

**School of Nursing**

Rochester, Michigan 48309-4401

*Confidential*

To **Michelle Piskulich**

Date **12/14/2011**         Fax

From **K. Schuiling**         Phone   (248) 370-~~2190~~ 4081

         Fax   (248) 370-4279

         @oakland.edu

Pages **2**   (including this one)

## FAST FACTS

**FOUNDED 1957**

**FALL 2010 ENROLLMENT 19,030**

- 134 undergraduate programs
- 124 graduate degree and certificate programs
- Opportunity for high-level undergraduate research projects, usually reserved for the graduate level at other universities
- 466 full-time faculty members; 94 percent hold doctoral degrees
- Eighty-five percent of graduates are employed within six months of graduation
- One of two doctoral research universities in Michigan
- More than 86,000 alumni who live and work in every state in the U.S. and around the world
- 200 student organizations, 12 with Greek affiliations

**WHAT'S NEW**

- The Oakland University William Beaumont School of Medicine has received preliminary accreditation from the Liaison Committee on Medical Education (LCME) and will begin instruction in August 2011.
- Oakland University has partnered with area community colleges to create concurrent enrollment programs that offer students maximum flexibility on the path to an OU bachelor's degree. With a single application, students who meet OU's admissions criteria are admitted to both OU and the partner community college. They can then enroll in courses at both institutions at the same time.

- Degree in Three, one of Michigan's first accelerated degree programs, allows students to complete any of 19 select programs in three years and to begin career pursuits or graduate studies a full year earlier.
- With nearly $30 million invested in research each year, OU offers knowledge, resources and programs that help companies grow and researchers achieve far-reaching breakthroughs in the laboratory.
- Oakland captured five Summit League championships in 2009-10 and led The Summit League for the fifth consecutive season in Academic All-League selections with 202. The Golden Grizzlies finished third in the Commissioner's Cup Standings with 92.6 points, the highest finish since joining the league in 1999.

**PRIVACY NOTICE**

The information contained in this transmission is private and confidential and may be privileged or exempt from disclosure under applicable federal or state law. It is intended only for the use of the above addressees. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Collect and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Oakland University is an equal opportunity and affirmative action institution*



**SCHOOL OF NURSING**
**M E M O R A N D U M**

DATE:        October 21, 2011

TO:          Kerri Schuiling, Dean, School of Nursing

FROM:        Karen S Dunn, Chair of NCAP

SUBJECT:     Dorothy Hawthorne-Burdine

Dear Dean Schuiling,

As Chair of NCAP, I feel it is my responsibility to inform you of two incidences during
our NCAP meetings regarding Dorothy Hawthorne-Burdine. Before the last FA meeting,
NCAP met briefly to choose who would be the outside reviewers for our tenure-track
faculty up for review this year. Present at the meeting were Laura Pittiglio, Barbara
Penprase, Dorothy Hawthorne-Burdine, and myself. Frances was an excused absent
member. Barbara began the discussion because she was chosen at the last meeting to find
outside reviewers for one candidate. As a result, she began the discussion by attempting
to clarify the process. I am not sure why, but all of a sudden Dorothy starting attacking
Barbara saying "get to the point" "I don't understand" "Why do you always take over
every meeting" and continued to be verbally abusive to Barbara. Needless to say, we
were all stunned at this behavior. Although I thought at this point Dorothy's behavior was
unprofessional and inappropriate, I thought to give her the opportunity to apologize to
Barbara thinking that she may have had a bad day. Unfortunately, this was not the case.
At our meeting October 19, 2011, Frances was present at this one. Barbara began to tell
Frances what we had done at the last meeting, and Dorothy again starting attacking
Barbara stating rude comments like "I don't like you." This upset Barbara to the point
where she got up and said she was leaving. Dorothy starting screaming "get out" over and
over again so loud that Eilene Lohmeier heard her (we were in the DCR). It was at this
point that Frances and I intervened and encouraged Barbara to stay and Dorothy to be
professional and leave her personal opinions out of a working committee. I am hoping
that these incidences will not impact the work of this committee as we are currently
reviewing Fall candidate dossiers. I will keep you informed as we continue through this
process, but I am recommending at this point that Executive Committee consider
replacing Dorothy for our Winter reviews.

*Karen S Dunn*

Karen S Dunn, PhD, RN
Chair



Academic Human Resources

517 Wilson Hall
Rochester, Michigan  48309-4496
(248) 370-2922   Fax: (248) 370-4210

July 14, 2011

Dr. Dorothy Hawthorne-Burdine
2654 Lantern Ln. Apt 102
Auburn Hills, MI 48326

Re:  Evaluation of Faculty Performance

Dear Dr. Hawthorne-Burdine,

Following up on my letter of June 6, 2011, we met on June 14, 2011 to clarify processes, procedures and roles, and specifically to note things such as applications for external funding and reimbursements for travel.  Also present at the meeting were Darlene Schott-Baer, Interim Dean of the School of Nursing, and Scott Barns, Executive Director of the American Association of University Professors, Oakland University Chapter.

Our discussion centered around three issues related to your performance: (1) completion of required external grant application forms, more specifically a budget for a grant; (2) completion of documentation necessary to reimburse you for travel expenses; and (3) your interactions with and demeanor toward other faculty and staff.

You expressed your frustrations about the School of Nursing's and Oakland University's processes, and cited several other schools and universities and nursing administrators as functioning better than the School of Nursing and Oakland University.  In that regard, you refused to complete the external grant application budget and declared that you will not submit grants in the future.  You refused to discuss the documentation necessary to reimburse you for travel expenses.  Finally, you personally insulted both me and Interim Dean Schott-Baer. Your obstreperousness was duly noted not only by me and Interim Dean Schott-Baer, but also by faculty and staff outside the meeting room.

You made it clear that you have no intention of following Oakland University policies or procedures or interacting with other faculty and staff in a meaningful, professional manner. We ask you now to reconsider your position.

Dr. Dorothy Hawthorne-Burdine
July 14, 2011
Page 2

All nursing faculty are expected to direct their efforts toward accomplishing the programmatic objectives and goals of the School of Nursing and the mission and long range vision of Oakland University.  As but one example, your intellectual contributions and efforts to apply for and successfully secure external grant funding is important to the School of Nursing, where research and other scholarly activities have traditionally been supported by grants. Those grants and that research contribute not only to your own scholarly growth, but also to the scholarly growth of the nursing discipline. Your goals should be aligned with those of the School of Nursing, and the methods you utilize to pursue those goals, your effectiveness in moving toward those goals, and the effectiveness of your interactions with your colleagues, are all important to your success and the success of the School of Nursing.  Please consider aligning your future performance with these expectations.

We look forward to your return to campus this Fall.

Sincerely,

Leigh Settlemoir Dzwik
Assistant Vice President for Academic Human Resources

C:     Scott Barns – AAUP
       F. Darlene Schott-Baer, Interim Dean, School of Nursing



Office of the Dean

School of Nursing
Rochester, Michigan  48309-4401
(248) 370-4081  Fax: (248) 370-4279

June 14, 2011

Professor Dorothy Hawthorne-Burdine
Associate Professor of Nursing
School of Nursing
Oakland University

Dear Professor Hawthorne-Burdine:

Please accept this letter as an evaluation of your performance pursuant to Paragraph 67 of the
2009-2012 Agreement between Oakland University and the Oakland University Chapter,
American Association of University Professors (Agreement).

It has been determined that the performance of your professional responsibilities is seriously
deficient in the following areas, and it is requested that you take the indicated remedial actions:

1.  Deficiency:  Not completing the University's External Grant Application (EGA)
    in order to receive approvals to submit funding proposals.

    Action:  Complete the University's External Grant Application when
    requesting to submit funding proposals (see attachments "4.1-Fiscal
    Responsibilities of Principal Investigators", and "6.1-Preparation, Review and
    Submission of Sponsored Project Proposals").  This action must commence
    immediately.

2.  Deficiency:  Not following the Faculty Travel and Reimbursement Process.

    Action:  The Faculty Travel and Reimbursement Process in the School of
    Nursing (see attached) must be followed to ensure compliance with
    University Policies and Procedures and to assure proper reimbursement of
    expenses.

3.  Deficiency:  Creating a disturbance in the SON administrative suite outside
    the Dean's Office  (specifically, in relation to travel reimbursement) that
    caused employees to come out of their offices and report the incident to
    Human Resources.

    Action:  Follow all Oakland University ordinances, including 6.02:

    *No person shall engage in any  activity, individually or in concert with others, which*
    *causes or constitutes a disturbance, noise, riot, obstruction, or disruption which*

*obstructs or interferes with the free movement of persons about the campus or which interferes with the free, normal, and uninterrupted use of the campus for educational programs, business activities, and related residential, food service, and recreational activities, nor shall any person in any way intimidate, harass, threaten, or assault any person engaged in lawful activities on the campus. This action must commence immediately.*

Consistent with Paragraph 67 of the Agreement, Oakland is not, by this letter, instituting any disciplinary or discharge action against you pursuant to Paragraph 65 of the Agreement. However, if you fail to take the requested action, Oakland will initiate those disciplinary and/or discharge procedures.

Finally, please be advised that within 30 days of the date of this letter, you or Oakland may request the Faculty Re-employment and Promotion Committee (FRPC) to review Oakland's statements regarding your performance and report to Oakland and yourself as to whether: (1) your performance is in fact deficient; (2) whether the suggested corrective measures are appropriate to cure the alleged deficiencies; (3) whether the proposed penalties for failure to cure the deficiencies are appropriate; and (4) any modifications it would recommend regarding the actions Oakland wishes you to take to remediate cure the deficiencies and the penalties Oakland would impose if you fail to take the requested action. If an evaluation request is made to the FRPC, the FRPC shall make a written report to Oakland and yourself within 30 days of the date on which the request was made.  If the FRPC fails to make its report within the thirty-day period, Oakland may proceed as if such report was timely made.  Oakland shall then have the right to take any action with regard to you that it determines to be in the best interest of Oakland.

Any action taken by Oakland to impose penalties against you as a result of this evaluation procedure will be subject to the "just cause" standards of Paragraph 65, the required notification of Paragraph 66 and to the grievance procedure provided in the Agreement.

If you concur with the areas in which Oakland finds your performance deficient and the actions Oakland wishes you to take to cure the deficiency, you may, within 15 days of this letter, object to having further review by the FRPC, and Oakland may not then request the FRPC to review the charges.

Yours truly,

*F. Darlene Schott-Baer*

F. Darlene Schott-Baer Ph.D., R.N.
Interim Dean
School of Nursing

June 14, 2011 meeting with Dorothy Hawthorne-Burdine (Associate Professor SON), Leigh Settlemoore Dzwik (Asst Vice Pres/Academic HR Academic Affairs, Scott Barns (Executive Director AAUP), Darlene Schott-Baer (Interim Dean) 2 pm-4:30 pm, DCR SON

Discussion centered around 3 issues related to Professor Hawthorne-Burdine's performance:

1) Interactions with a staff member over completion of travel documents necessary for reimbursement for conference;
2) Completion of required EGA form for submission of external grants;
3) Demeanor during interactions with staff and faculty.

When Dorothy first came into the Dean's conference room, I greeted her, "Hello, Dorothy". She promptly became agitated: I do not know her well enough to address her by her first name, she announced, and she insisted upon being addressed henceforth as "Dr. Hawthorne". She emphasized several times during the meeting that only her family and people she identified may use her given name—all others must call her "Dr. Hawthorne".

Leigh S-D afforded Dorothy an opportunity to express her frustrations about the SON and processes within the university.   Dorothy straightaway blamed others for the issues 1) – 3) listed above. She insisted specifically that the *contretemps* about travel documents was solely Bonnie Koch's fault:  Bonnie is "only staff" and should not address faculty disrespectfully.

Regarding the EGA form:  Dorothy absolutely refused to complete it;  were she to do so, she stated, she would be doing "other people's" work, because an e-mail from Brad Roth informed her that the government does not require the EGA form. Dorothy flatly declared:  not only will she *never* complete the form, she will not even submit grants in the future.  [It is the responsibility of non-tenured faculty to submit grants and do research in order to be tenured.] She further stated that she doesn't need to send grants from OU. I asked whether she recalled that, in a conversation following the new-faculty breakfast, I had explicitly requested that she complete the EGA form as required by university policy. Dorothy replied: yes, she remembered the conversation, but since we had already discussed the matter, completion of the EGA form was a dead issue and should not be brought up again. I reminded her that during the same conversation she had responded to my request by advising me that since I, as Interim Dean, didn't have anything else to do, I could complete the EGA form in her stead. Dorothy dismissed this reminder with the remark that she is too busy to be bothered with the EGA form—others should fill it out if they want it done. She was also very critical of Bonnie Kwit in the grants office, her complaints escalating as the meeting progressed.

Dorothy consistently deflected criticism of her own demeanor toward faculty and staff by imputing belligerent behavior to others, especially to secretary Bonnie Koch. Asked specifically about the occasion on which secretary Koch broached the topic of travel documents, Dorothy noted:  upon hearing Dorothy speak loudly to Bonnie, Assistant Dean Abernathy came out of her own office, took the forms from Dorothy, and stated that she herself [Abernathy] would "take care of it".   Dorothy repeatedly asked whether hers was the only loud voice reported. Eventually, declaring the subject passé, she announced that she does not want to hear about travel documents again.

Dorothy made insulting references to Leigh S-D's "fat legs" during the meeting and, toward the conclusion, again became agitated, repeatedly thrusting her finger at me and referring to me as *"that woman"*. She characterized the meeting itself and the issues raised therein as conforming to a pattern of "aggravated harassment." Other deans, she claimed, would have afforded her the benefit of a new-faculty orientation, apparently having forgotten that I had conducted just such an orientation on August 20, 2010.

The meeting lasted 2 ½ hours. Dorothy frequently repeated herself and raised several topics (growing up in a family of 13 children, her relationship with her father, prior employment settings) irrelevant to the issues at hand. She cited several schools/universities, and nursing administrators, as functioning better than OU/SON. Finally, she stated outright that as a black PhD with many years' teaching experience, she is "a hot commodity" who can get a job anywhere.

Dorothy was so obstreperous during the meeting that the next day, several staff and faculty members inquired about whether everything was ok. Likewise, a police officer posted outside the meeting room afterward stated that because Dorothy was so loud, he had twice been tempted to intervene.

Submitted by:
Darlene Schott-Baer, Interim Dean SON

Oakland University Mail - Re

Page 1 of 2



Leigh Dzwik <settlemo@oakland.edu>

# Re
5 messages

**Bonnie Koch <bkoch@oakland.edu>**                                    Thu, Jun 2, 2011 at 7:57 AM
To: Leigh Settlemoir Dzwik <settlemo@oakland.edu>
Cc: bkoch@oakland.edu

Hi Leigh,

I would like to share with you what occurred yesterday June 1, 2011 with Professor Dorothy Hawthorne-
Burdine. Professor Hawthorne-Burdine walked through our mail room towards me carrying a black cart in her
one hand. She glared at me when you walked past my desk and proceeded on towards Eilene Lohmeier's
office. She turned around and glared at me while she walked back to the doorway of the mail room. At the
same time a student walked in and asked if I would place an envelope in Professor Barbara Penprase's
mailbox. As I stood up I noticed Professor Hawthorne-Burdine standing in the middle of the doorway to the
mail room staring at me. I proceeded around my desk while the student was standing there and went towards
the mail room. Professor Hawthorne-Burdine was still standing in the middle of the doorway staring at me.
As I approached Professor Hawthorne-Burdine I said 'excuse me' but she would not move. I then said 'excuse
me Dorothy' and again she would not move only to continue to stared at me. So I turned away and walked
around the suite to the opposite side the mail room, entered doorway, and placed the envelope in Professor
Penprase's mailbox. As I turned to walk back to my desk I noticed Professor Hawthorne-Burdine was now
standing in front of the printer inside the mail room staring at me. I walked along the file cabinets making sure
to keep my distance from Professor Hawthorne-Burdine and exited the mail room right in front on my desk. I
informed the student the envelope was in Professor Penprase's mailbox and she was all set. I wished the
student a nice day and returned to my desk. When I looked in the mail room Professor Hawthorne-Burdine
was still in front of the printer staring at me.

Leigh, Professor Hawthorne-Burdine really scares me. I have no idea why she continues anytime she
sees me to stare at me. I try to avoid her whenever possible but when a student is present sometimes I have
to cross paths with her. Any thoughts on how to handle this issue?

--
Bonnie Koch
Administrative Secretary
School of Nursing
Oakland University
428 O'Dowd Hall
Rochester, MI 48309
Email: bkoch@oakland.edu
(O) (248) 370-3497
(F) (248) 370-4279

**Leigh Settlemoir Dzwik <settlemo@oakland.edu>**                       Thu, Jun 2, 2011 at 9:33 AM
To: Bonnie Koch <bkoch@oakland.edu>

Bonnie,

Thank you for your prompt email. Please let me review and get back with you.

Leigh

[Quoted text hidden]
--

Leigh Settlemoir Dzwik
Assistant VP for Academic HR
Office of Academic Affairs
Oakland University
517 Wilson Hall
Rochester, MI 48309-4401
(248) 370-2922
FAX (248) 370-4210

---

**settlemo@oakland.edu <settlemo@oakland.edu>**                  **Thu, Jun 2, 2011 at 10:52 AM**
Reply-To: settlemo@oakland.edu
To: Bonnie Koch <bkoch@oakland.edu>

Bonnie, did anyone else see/hear this incident?

> **From:** Bonnie Koch <bkoch@oakland.edu>
> **Date:** Thu, 2 Jun 2011 07:57:54 -0400
> **To:** Leigh Settlemoir Dzwik<settlemo@oakland.edu>
> **Cc:** <bkoch@oakland.edu>
> **Subject:** Re
> [Quoted text hidden]

---

**Bonnie Koch <bkoch@oakland.edu>**                              **Thu, Jun 2, 2011 at 11:36 AM**
To: settlemo@oakland.edu

Leigh,

No, the individual who sits next to me was out of the office yesterday.  Ellene Lohmeler was at lunch.  Being
summer semester very few faculty are here.
[Quoted text hidden]

---

**Bonnie Koch <bkoch@oakland.edu>**                              **Thu, Jun 2, 2011 at 11:39 AM**
To: Leigh Settlemoir Dzwik <settlemo@oakland.edu>

Leigh,

I feel as though Professor Hawthorne-Burdine first makes sure no one else is around when something of this
sort happens.  Just as yesterday, she first walked past me, walked past Eilene Lohmeier's office and looked
inside and then turned around and came back to me.

---------- Forwarded message ----------
From: **Bonnie Koch** <bkoch@oakland.edu>
[Quoted text hidden]

[Quoted text hidden]

---

Incident on Tuesday, May 3, 2011

At approximately 4:25 pm on Tuesday, May 3, 2011 while working on a nursing syllabus a paper clipped packet of papers were tossed on my upper desk counter top followed by a voice saying "there's my receipts". As I looked up Professor Dorothy Hawthorne-Burdine had already turned around and was walking away from my desk. I immediately said, "excuse me Dorothy what are these receipts for'? Dorothy stopped but did not turn around at this point. I picked up the receipts, flipped through them, and asked again, "what are these receipts for Dorothy" (there were food receipts on a Hilton invoice along with a couple of loose receipts all paper clipped together). Dorothy did not respond. I continued to ask with Dorothy's back to me 'are these receipts for a conference'? Dorothy turned around and with her hand out raised her voice and shouted at me "give them back to me". I reached out to give them back to her while asking "Dorothy I just need to know if these receipts are from a conference and what is the name of the conference so that I can find all of the documentation". At this time Dorothy had turned around, took several steps toward me and grabbed the receipts from my hand and said "I don't remember the name of the conference" (even though she had just returned from the conference the day before). Dorothy then said "some of you clerical staff here are always making excuses about not wanting to do your job". Dorothy continued by saying ""you damned well know what they are for" I replied "no Dorothy I don't." She then said to me to write down a list of what you need" and I replied "if you will let me look at the receipts I can then tell you what is missing". Dorothy said to me "you're speaking to me like I am stupid, I told you to make me a list. You are speaking to an educated black woman with a PhD". Dorothy continued to yell and rumble and would not allow me to get a word in. I finally was able to say "no Dorothy I just need to look over the receipts to see what you are submitting and find out how everything was paid for DPV or credit card". Dorothy continued to ramble about how tired she is of this university. She went on telling me that I was out of line to question her (all which was in a yelling voice, out in public for everyone to hear and see). Suddenly Sherry Abernathy walked up and asked "what is going on"? I started to explain to Sherry what had just transpired and Dorothy interrupted by saying "She (meaning me) is talking to me as if I was stupid". Sherry said "No, no, no she (meaning me) is only trying to figure out what all of this is for". Sherry stood near Dorothy with her eyes opened real wide and slightly shook her head while under her breath said to me "don't say anything"). The entire time Dorothy was rambling about how tired she is that no one will do as she says. Dorothy then told Sherry out loud in front of everyone that Sherry needs to teach her clerical staff how to talk to faculty. Sherry kept telling Dorothy "okay, okay, don't worry I'll take care of it for you". Dorothy handed the receipts to Sherry. As I attempted to speak to Sherry pointing out the receipts did not include the hotel invoice, flight information, conference information, or parking Dorothy interrupted me and said, this is what I am talking about she (referring to me) will not allow me to finish a sentence she acts like I am stupid. Sherry replied "no one is saying you are stupid". Dorothy walked off mumbling. Sherry then walked from in front of my desk to around the side of my desk placed her hand on my forearm saying "its okay you didn't do anything". Sherry said everything was placed on the PCard to avoid problems

with Dorothy. Sherry continued to tell me there is no way I would have known that. Sherry asked me to prepare a Travel Expense Summary Form and she would get any additional information I needed.

This entire situation took place out in the open with Jennifer Fuller hearing the entire conversation. Dean Schott-Baer heard the yelling and came out of her office to see what was going on and turned around and walked back into her office. Eilene Lohmeier could hear the yelling but stayed in her office.

After Sherry left I went into Dean Schott-Baer's office. Eilene Lohmeier was in with the Dean and I said "I'm sorry Darlene but I am not going to allow Dorothy to bully and yell at me as she does others in the School of Nursing. Dr. Schott-Baer's reply was "you shouldn't have too". I then left for the day.

Dr. Dorothy Hawthorne Incident

On Tuesday, March 26, 2013, the School of Nursing conducted Assistant Professor's interviews on the second floor in the Human Health Building at Oakland University.  The prospective candidate completed her presentation around 12 noon and I overheard Dr. Dorothy Hawthorne talking with the candidate and telling the candidate to stop by her office before she leaves.  On my way back to my office, approximately at 12:10 pm, I stopped by Dr. Hawthorne's office, to request that she limit talking with candidate in order to keep the process similar for all prospective candidates.  Before, I could complete my request and reason for request, Dr. Hawthorne interrupted me very angrily and stated that she had every right to talk to the candidate.  I tried to response but every time I tried Dr. Hawthorne interrupted with her loud contentious voice.  I indicated to Dr. Hawthorne that I did not want to argue with her and she told me in a loud outraged voice to "get your ignorant black ass out of my office."  I turned for the door very quickly and grabbed the door knob and stated "thank you" and quickly left Dr. Hawthorne's office.

This incident has made me very uncomfortable because it seems that Dr. Hawthorne was not in control of her emotions and her behavior towards me after this incident seems to display emotional instability. This situation could have easily turned into an altercation if I had not remained professional and exit abruptly.  I'm worried and alarmed because she is going around telling employees that I'm a "bitch". One day, I came around the corner in the hallway on the third floor of the Human Health Building and I heard her mention my name and she repeating the word "bitch".  Shortly after that incident, two School of Nursing employees asked me what happen with Dr. Hawthorne and told me she was calling me a "bitch".  This frightens me because Dr. Hawthorne has displayed explosive behavior on several occasions not just with me but others.

Statement submitted by: Cheryl McPherson

General Information

1. Dr. Dorothy Hawthorne-Burdine has verbally attacked the following individuals in the School of Nursing (SON).
   a. Cheryl McPherson
   b. Dr. Marisa Ferrari – During a confrontational conversation in Dr. Ferrari's office on the 4th floor of O'Dowd Hall. Dr. Hawthorne-Burdine pointed her finger in Dr. Ferrari's face and said "you are a damn liar".
   c. Academic Advisers Kristina White/Patrina Carper
2. When Dr. Hawthorne-Burdine first arrived in the School of Nursing she shared with Andrea Patton and myself
   a. She has several lawsuits in the court system against her neighbors
   b. She is not one to mess with
   c. She had issues at her previous university (it took several people to hold her back from physically attacking a staff person)
3. She tells everyone how vial Dr. Darlene Schott-Baer is as a person
4. She complains to Andrea Patton and I that she has to teach 6 hours one day a week and she is tired of work being dumped on her
5. Dr. Hawthorne-Burdine tells everyone in the SON she is an educated African American woman with a PhD and nobody is going to tell her what to do
6. Dr. Hawthorne-Burdine reminds us all of the time she is not going anywhere, she is here to stay at OU
7. Dr. Hawthorne-Burdine shares with staff that as an associate professor she only wants to teach on-line courses
8. Dr. Hawthorne-Burdine verbally attacked me in December when she was having personal items shipped to the university. I attempted to explain the university policy but she would not listen. The mailroom contacted me stating they would not be able to continue to accept packages for her. When I informed Dr. Hawthorne-Burdine she went into a rage and started yelling at me about how she would march right over to Wilson Hall with her attorney if packages addressed to her were not accepted by Shipping and Receiving
9. Dr. Hawthorne-Burdine reminds the clerical staff that if she does not get what she wants she will march over to Wilson Hall and speak with President directly
10. Since the incident on May 3rd Dr. Hawthorne-Burdine will not speak with me but she stares at me. When she passes me in the elevator or a hallway she will glare at me and watch me walk by. I am afraid of her due to all the past stories she has shared with me and some of the clerical staff her in the SON.